Ammon E. Bundy
P.O. Box 1062
Cedar City, Utah 84720
208-872-4030

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

In re:
AMMON EDWARD BUNDY,

Case No.: 24-23530
Chapter 7
William T. Thurman
Adversary Proceeding: 24-02034

### NOTICE OF NON-OPPOSITION
(With Reservation of Rights and Without Admission of Liability)

## I. INTRODUCTION

Defendant Ammon Edward Bundy respectfully submits this Notice of Non-Opposition in Adversary Proceeding No. 24-02034.

For more than 3 years, Plaintiffs St. Luke's Health System, Ltd. and its affiliates have pursued an unprecedented campaign of litigation against Mr. Bundy in multiple forums, including Idaho state court and this Bankruptcy Court. In this bankruptcy alone, within approximately one year there are already around **500 docket entries**, the overwhelming majority generated by the filings of Plaintiffs' attorneys.

St. Luke's is one of the largest and most powerful institutions in Idaho. It collects hundreds of millions of dollars in charitable donations each year and has spent millions more paying national law firms to pursue litigation against Mr. Bundy. By contrast, Mr. Bundy has been forced to represent himself with limited resources, against an opponent



whose financial and institutional power vastly exceeds his own. This bankruptcy case stands as evidence that in today's courts, "justice" is not measured by truth, but by resources.

As set forth in Mr. Bundy's filings in opposition to summary judgment in Adversary Proceeding No. 24-02130, this litigation has relied on altered and selectively edited video evidence, misleading testimony contradicted by medical records and bodycam footage, and escalating damage demands — from an initial $50,000 complaint to over $52 million. These proceedings have been used not only to seek damages, but to silence and punish a political critic.

While Mr. Bundy has consistently denied acting with willful or malicious intent, and has asserted that his speech was constitutionally protected advocacy (calling for the return of a 10-month-old baby to his nursing mother), the ongoing burden of duplicative litigation in this bankruptcy case has become untenable. Mr. Bundy recognizes that justice cannot be found in courts where judges say their hands are tied in the face of wrongdoing. For this reason, he appeals instead to the highest Judge — God — for true justice, even while consenting to the closure of these proceedings.

## II. RELATED ADVERSARY PROCEEDING NO. 24-02130

On August 8, 2025, this Court entered summary judgment in **Adversary Proceeding No. 24-02130**, holding that the Idaho state court judgment in favor of Plaintiffs is excepted from discharge under 11 U.S.C. § 523(a)(6). That ruling ensures that Plaintiffs' judgment, in the approximate amount of $52 million, will survive this bankruptcy regardless of the outcome of the present proceeding.

Accordingly, the practical effect of this adversary proceeding is limited. Whether or not the Debtor is granted a general discharge under §727 as to other, smaller debts, the Plaintiffs' judgment will remain enforceable in full. For this reason, further litigation of 24-02034 would be largely duplicative and unnecessary.

## III. NON-OPPOSITION AND RESERVATION OF RIGHTS

Therefore, Mr. Bundy notifies the Court and Plaintiffs that:

1. He **will not oppose** entry of judgment in Adversary Proceeding No. 24-02034 denying him a general discharge under 11 U.S.C. § 727.
2. He expressly **does not admit** any allegation of fraud, concealment, false oath, willful or malicious injury, or any other wrongful conduct as alleged in the Complaint.
3. His decision to refrain from contesting this adversary proceeding is made solely to conserve resources, bring finality, and avoid further costly and burdensome litigation.
4. He expressly **reserves all constitutional, factual, and equitable defenses** with respect to any future proceedings or collateral actions.

## IV. REQUEST FOR ENTRY OF JUDGMENT

Mr. Bundy respectfully requests that the Court enter judgment in favor of Plaintiffs solely on the basis of this Notice of Non-Opposition, and that such judgment be entered **without findings of fact or conclusions of law** adverse to the Defendant, and without any admission of liability.

Executed this 20th day of August, 2025.

**Ammon Bundy**
New Harmony, Utah

I certify that on this day I served a copy of the attached to:

UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH

| | | |
|---|---|---|
| 350 S Main St, Salt Lake City, UT 84101 | [X] | USPS |
| Mark C. Rose, Trustee    mrose@mbt-law.com | [X] | Email |
| Erik Stidham  800 W. Main Street, Suite 1750, Boise, ID 83702 | [X] | USPS |

**DATED THIS DAY,** the 20th of August, 2025.

*[signature]*

Ammon Bundy