Ammon E. Bundy
P.O. Box 1062
Cedar City, Utah 84720
208-872-4030

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

FILED* US Bankruptcy Court-UT
SEP 26 2025 PM12:15

In re:
AMMON EDWARD BUNDY,

Case No.: 24-23530 WTT
Chapter 7
William T. Thurman
Adversary Proceeding: 24-02034

## RESPONSE TO NOTICE OF EVASION OF SERVICE OF SUBPOENAS

Ammon Edward Bundy, respectfully responds to Plaintiffs' "Notice of Evasion of Service of Subpoenas" filed on September 8, 2025, and states as follows:

1. The filing is styled as a *Notice* only, not a motion requesting relief from this Court. Accordingly, no ruling is necessary.
2. To ensure the record is accurate, Mr. Bundy denies any suggestion that he has evaded service.
    - Mr. Bundy has not altered his daily routine or place of residence in order to avoid service.
    - Mr. Bundy has not been contacted by, nor coordinated with, any of the individuals also listed in Plaintiffs' Notice regarding service attempts.
    - Mr. Bundy has never refused service, and to his knowledge no valid service attempt has been made upon him recently.



3. Plaintiffs' Notice relies exclusively on affidavits of "non-service," which are not proof of evasion and which may instead reflect incomplete or ineffective efforts by the process server.
4. Plaintiffs' repeated use of notices and filings of this nature continues a pattern of harassment and unnecessary litigation burden upon Mr. Bundy and his family.
5. Mr. Bundy files this short response solely to preserve the record, and requests that the Court take no adverse inference from Plaintiffs' Notice.

**CONCLUSION**

Mr. Bundy respectfully requests that the Court note his unequivocal denial of any evasion of service, and that no further action be taken in connection with Plaintiffs' Notice absent a proper motion supported by competent evidence.

Executed this 16th day of September, 2025.

**Ammon Bundy**
New Harmony, Utah

I certify that on this day I served a copy of the attached to:

UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH

| | | |
|---|---|---|
| 350 S Main St, Salt Lake City, UT 84101 | [X] | USPS |
| Mark C. Rose, Trustee | [X] | Email |
| Erik Stidham | [X] | USPS |

DATED THIS DAY, the 22nd of September, 2025.

Ammon Bundy