**This order is SIGNED.**

Dated: September 29, 2025



**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



mm

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy Number: 24-23530<br><br>Chapter 7 |
| St. Luke's Health System, Ltd., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Ammon Edward Bundy,<br><br>Defendant. | Adversary Proceeding Number: 25-02034<br><br>Judge William T. Thurman |

**ORDER CONTINUING HEARING ON DEFENDANT'S NOTICE OF NON-OPPOSITION [DKT. 14] TO OCTOBER 23, 2025 AT 2:30PM (MST)**

The Court hereby orders that:

1. The hearing on Defendant's *Notice of Non-Opposition* [Dkt. 14], which had been scheduled for September 25, 2025, is CONTINUED to October 23, 2025 at 2:30pm (MST).

2. The hearing will occur via Zoom. To attend the hearing, go to ZoomGov.com/join or call 1+(669)254-5252. Passcode: 9626637. Meeting ID: 160 7523 8590.

3. The Court strongly encourages Defendant to attend this continued hearing.

**END OF ORDER**

## Designation of Parties to be Served

Service of the foregoing **Order Continuing Hearing on Defendant's Notice of Non-Opposition [Dkt. 14] to October 23, 2024 at 2:30pm (MST)** shall be served on the parties in the manner designated below:

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Erik F. Stidham**   efstidham@hollandhart.com, dljenkins@hollandhart.com; boiseintaketeam@hollandhart.com

- **Engels Tejeda**   ejtejeda@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com; jjbutton@hollandhart.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721

**Ammon Edward Bundy**
896 E 400 S New Harmony, UT 84757