**This order is SIGNED.**

**Dated: October 23, 2025**



**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



mm

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Number: 24-23530 |
| AMMON EDWARD BUNDY, | Honorable William T. Thurman |
| Debtor. | Chapter 7 |
| *St. Luke's Health System, Ltd. et al.,* Plaintiffs, v. *Ammon E. Bundy,* Defendant. | Adversary Proceeding Number: 25-02034 Honorable William T. Thurman |

**ORDER DENYING DISCHARGE UNDER 11 U.S.C. § 727 (a)(10) AND STRIKING MOTION TO AMEND SCHEDULING ORDER [DKT. 12]**

The matter before the Court is Defendant's *Notice of Non-Opposition* [Dkt. 14] (the "Notice"), filed on August 25, 2025. The Court conducted a preliminary hearing on September 25, 2025 [Dkt. 15] and continued this matter to October 23, 2025 [Dkt. 20].

The Court conducted a hearing on Defendant's Notice on October 23, 2025. Defendant appeared on behalf of himself. Erik Stidham and Engels Tejeda appeared on behalf of Plaintiffs.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a), 1334(b), 157(b)(1), and 157(b)(2)(J), as well as the District Court's *Order of Reference* at DUCivR 83-6.1. Venue has not been contested and is proper under 28 U.S.C. § 1408.

At the hearing, the Court deemed Defendant's Notice as an offer of judgment made pursuant to Federal Rule of Bankruptcy Procedure 7068(a), subject to certain conditions. Counsel for Plaintiffs agreed to Defendant's conditions on the record. The Court accepted Defendant's offer of judgment. The Court also analyzed Defendant's Notice as a waiver of discharge made pursuant to 11 U.S.C. § 727(a)(10). *See generally In re Akbarian*, 505 B.R. 326, 328 (Bankr. D. Utah 2014). The Court made findings on the record that Defendant fully understood the consequences of waiving his discharge and that Defendant's Notice was in writing, signed by himself, and filed post-petition.

Based on the Defendant's Notice (interpreted by this Court to be an offer of judgment and a waiver of discharge), the representations of the parties, the applicable law, the findings and conclusions made on the record on even date, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's discharge in his bankruptcy case, No. 24-23530, is hereby DENIED pursuant to 11 U.S.C. § 727(a)(10).

2. Further, as this Order renders Plaintiffs' *Motion to Amend Scheduling Order* [Dkt. 12] moot, that motion and its hearing are hereby STRICKEN.

-END OF ORDER-

**Designation of Parties to be Served**

Service of the foregoing **ORDER DENYING DISCHARGE UNDER 11 U.S.C. § 727 (a)(10) AND STRIKING MOTION TO AMEND SCHEDULING ORDER [DKT. 12]** shall be made in the following manner:

**Electronic Mail Notice List:**
- **Erik F. Stidham**  efstidham@hollandhart.com, dljenkins@hollandhart.com; boiseintaketeam@hollandhart.com
- **Engels Tejeda**  ejtejeda@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com; jjbutton@hollandhart.com

**Manual Notice List:**

**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721

**Ammon Edward Bundy**
896 E 400 S
New Harmony, UT 84757